UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MANUSZAK and DEBRA WISNIEWSKI, Co-Personal Representatives of the Estate of Terrence Edward Manuszak,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, STUART LIPNICK, MD, and JOHAN NORDENSTAM, MD,<br><br>Defendants. | No. 20 C 1801<br><br>Judge Gettleman |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Abraham J. Souza
ABRAHAM J. SOUZA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1857
abraham.souza@usdoj.gov

May 19, 2020